AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'25 OCT 30 PM 1:49

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Austen Henry Strom | ) | Case No. 3:25-cr-236 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Austen Henry STROM
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Bank Fraud (5 counts)
Forfeiture Notice

Date:   10/29/2025

/s/Sarah Lien
*Issuing officer's signature*

City and state:   Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/29/2025, and the person was arrested on *(date)* 10/31/2025
at *(city and state)* Fargo, ND

Date: 10/31/2025

*Arresting officer's signature*
Caleb Williamson, FBI Special Agent
*Printed name and title*