**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MOTION TO CONTINUE MOTION** |
| | ) | **DEADLINE AND JURY TRIAL** |
| **-v-** | ) | |
| | ) | **Criminal No. 3:25-cr-236** |
| **Austen Henry Strom** | ) | |
| **Defendant.** | ) | |

Defendant, Austen Henry Strom, by and through his attorney, Brian P. Toay, hereby moves the Court to continue and reschedule the motion deadline and jury trial in this matter. This motion is based upon the following:

1.    Discovery in this case is extensive and will require additional time to review and possibly retain experts to review.

2.    Additional time is needed to review this discovery and to allow Defendant to conduct his own investigation into this case, and prepare a complete and proper defense to the charges against him.  After review of discovery and investigation, the parties will need additional time to discuss possibly resolution

3.    Mr. Strom has signed a waiver of speedy trial filed contemporaneously with this Motion.

Dated this 25th day of November, 2025


/s/*Brian Toay*
Brian P. Toay
Attorney for Defendant
**Wold Johnson, P.C.**
P.O. Box 1680
Fargo, ND 58102
(701) 235-5515
btoay@woldlaw.com