UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:25-cr-236 |
| | ) | |
| vs. | ) | **CONSENT TO INSTITUTE A** |
| | ) | **PRESENTENCE INVESTIGATION AND** |
| Austen Henry Strom, | ) | **DISCLOSE THE REPORT BEFORE** |
| | ) | **CONVICTION OR PLEA OF GUILTY** |
| Defendant. | ) | |

   I, Austen Strom, hereby consent to a presentence investigation by the probation officers of the United States district courts.  I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, and that it will be considered by the judge before my court appearance for a combined change of plea and sentencing hearing.

   I have read, or had read to me, the foregoing consent and fully understand it.

   Defense counsel has spoken with Assistant U.S. Attorney Matthew Greenley and he does not object to a combined change of plea and sentencing hearing.

   Dated this 26th day of March, 2026.

_____
Defendant's signature

Dated this 26th day of March, 2026.

_____
Attorney's signature

*Please check one of the following boxes:* Did an interpreter assist defendant? ☐Yes  X☐No